certiorari to the Circuit Court of Appeals for the Second Circuit granted. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Reuben D. Silliman, Sherwood E. Silliman, Russell C. Gay,* and *Charles H. Lawson* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel, Paul A. Sweeney, Richard H. Demuth,* and *Harry Leroy Jones* for the respondents.

No. 328. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ALABAMA ASPHALTIC LIMESTONE Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Assistant Solicitor General Fahy* for petitioner.

No. 286. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SOUTHWEST CONSOLIDATED CORP. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Assistant Solicitor General Fahy* for petitioner. *Mr. A. Chauncey Newlin* for respondent.

No. 503. PALM SPRINGS HOLDING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas R. Dempsey* for petitioner. *Assistant Solicitor General Fahy* for respondent.

No. 248. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LERNER STORES CORPORATION (MD.). Octo-

ber 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Assistant Solicitor General Fahy* for petitioner. *Mr. Andrew B. Trudgian* for respondent.

No. 529. FLEMING, ADMINISTRATOR, WAGE & HOUR DIVISION, U. S. DEPARTMENT OF LABOR *v.* LOWELL SUN Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Assistant Solicitor General Fahy* and *Mr. Gerard D. Reilly* for petitioner. *Mr. Elisha Hanson* for respondent.

No. 602. ALABAMA *v.* KING & BOOZER, A PARTNERSHIP, ET AL.; and

No. 603. CURRY, COMMISSIONER OF REVENUE, *v.* UNITED STATES ET AL. October 13, 1941. Petitions for writs of certiorari to the Supreme Court of Alabama granted. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Messrs. Thomas S. Lawson,* Attorney General of Alabama, *John W. Lapsley,* and *J. Edward Thornton,* Assistant Attorneys General, for petitioners. *Assistant Solicitor General Fahy* and *Mr. Fred L. Blackmon* for respondents. Reported below: 241 Ala. 557, 569; 3 So. 2d 572, 582.

No. 962, October Term, 1940. MARTIN M. GOLDMAN *v.* UNITED STATES;

No. 963, October Term, 1940. SHULMAN *v.* UNITED STATES; and

No. 980, October Term, 1940. THEODORE GOLDMAN *v.* UNITED STATES. See *post,* p. 704.